**IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JUSTIN A. MARQUART,**<br><br>**Defendant.** | **PO-20-05080-BLG-TJC**<br><br><br>**ORDER**<br><br><br>**Violation No. F4875723**<br>**Location Code:  M3** |

Upon motion of the United States, and good cause appearing,

IT IS HEREBY ORDERED that the motion to dismiss (Doc. 6) is

GRANTED.  The matter is dismissed, with prejudice as fully adjudicated.  Any

debt associated with this matter that has been sent to the U.S. Treasury for

collections shall be recalled.

IT IS FURTHER ORDERED that the warrant issued in the above-captioned

case for Justin A. Marquart shall be QUASHED.  The Clerk of Court is directed to

notify the U.S. Marshals Service of this Order immediately.

DATED this 21st day of July, 2023.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge